UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSEFINA LAMPA DE LEON, et al., | No. C 13-01709 LB |
| Plaintiffs, | **ORDER (1) CONTINUING CMC AND (2) TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |
| v. | |
| DEUTSCHE BANK, NTC, | |
| Defendant. | |
| _____/ | |

On April 16, 2013, Plaintiffs filed a complaint against Deutsche Bank, NTC. Complaint, ECF No. 1. Since then, it appears that Plaintiffs have done nothing. The Clerk of the Court sent Plaintiffs three letters notifying them that they need to either consent to or decline the undersigned's jurisdiction, but Plaintiffs have done neither. Plaintiffs also have not filed a case management statement in advance of the August 22, 2013 case management conference.

Under these circumstances, the court **CONTINUES** the case management conference from Thursday, August 22, 2013, to **Thursday, September 19, 2013, at 11:00 a.m.** in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. Furthermore, the court **ORDERS** Plaintiffs to show cause why the case should not be dismissed for their failure to prosecute it. Plaintiffs shall do so by filing a written explanation no later than **September 6, 2013**. Failure to do so may result in dismissal of the case without prejudice.

1    **IT IS SO ORDERED.**

2    Dated: August 20, 2013

                                      LAUREL BEELER
                                      United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C13-01709 LB
ORDER CONTINUING CMC AND TO SHOW CAUSE

2