United States District Court
For the Northern District of California

1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    JOSEFINA LAMPA-DE LEON, *et al.*,          No. C 13-1709 SI
9            Plaintiffs,                        **ORDER ADOPTING REPORT AND
                                                RECOMMENDATION AND
10     v.                                       DISMISSING CASE WITHOUT
                                                PREJUDICE FOR FAILURE TO
11   DEUTSCHE BANK, NTC,                        PROSECUTE**
12           Defendant.
                                          /
13

14          On September 19, 2013, this case was reassigned to the undersigned judge.  On September 17,

15   2013, Magistrate Judge Beeler issued a Report and Recommendation recommending that the Court

16   dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiffs' failure to

17   prosecute this case and failure to comply with the Court's deadlines and orders.  No party has filed a

18   response to the Report and Recommendation.

19          The Court hereby ADOPTS the Report and Recommendation and DISMISSES this case without

20   prejudice for failure to prosecute.  *See* Fed. R. Civ. Proc. 41(b).  This order resolves Docket No. 9.

21

22          **IT IS SO ORDERED.**

23

24   Dated: October 9, 2013

25                                                  SUSAN ILLSTON
                                                    United States District Judge
26
27
28