**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA LAMPA-DE LEON, *et al*., | No. C 13-1709 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| DEUTSCHE BANK, NTC, | |
| Defendant. | |

The Court has dismissed this case for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 9, 2013

SUSAN ILLSTON
United States District Judge